# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| PETROLEUM SERVICE COMPANY, INC. ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No. 1:24-cv-00035-SNLJ |
| v. ) | |
| ) | |
| SANTIE'S WHOLESALE OIL COMPANY ) | |
| d/b/a SANTIE OIL COMPANY, ) | |
| ) | |
| Defendant. ) | |

## **STIPULATION OF DISMISSAL**

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff Petroleum Service Company, Inc. and Defendant Santie's Wholesale Oil Company d/b/a Santie Oil Company, through their respective undersigned counsel of record, that all claims asserted in this action are hereby dismissed with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure. Each party shall bear its own attorneys' fees and costs.

Dated: January 21, 2025

| | |
|---|---|
| */s/ Melanie A. Miller* | */s/ Jonathan L. Schwartz* |
| Marisa L. Saber (60360MO) | Jonathan L. Schwartz |
| COZEN O'CONNOR | FREEMAN MATHIS & GARY, LLP |
| 123 North Wacker Drive, Suite 1800 | 33 N. Dearborn St., Suite 1430 |
| Chicago, Illinois 60606 | Chicago, IL 60602 |
| (312) 382-3100 | (773) 389-6440 |
| msaber@cozen.com | jonathan.schwartz@fmglaw.com |
| | |
| Melanie A. Miller | Justin Boron |
| COZEN O'CONNOR | FREEMAN MATHIS & GARY, LLP |
| One Liberty Place | 1600 Market Street |
| 1650 Market Street, Suite 2800 | Philadelphia, PA 19103 |
| (215) 665-2714 | (267) 758-6009 |
| mmiller@cozen.com | justin.boron@fmglaw.com |
| | |
| *Attorneys for Plaintiff* | *Attorneys for Defendant Santie's Wholesale* |
| *Petroleum Service Company, Inc.* | *Oil Company d/b/a Santie Oil Company* |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on January 21, 2025, a true and correct copy of the foregoing **STIPULATION OF DISMISSAL** was filed electronically with the Clerk of Court using the Court's CM/ECF system, which will send notification of such filing to all counsel of record.

                                                            */s/ Melanie A. Miller*
                                                            Melanie A. Miller

SO ORDERED this 21st day of January, 2025.

_____
STEPHEN N. LIMBAUGH, JR.
SENIOR UNITED STATES DISTRICT JUDGE